IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Tigner, Norma M | Case Number: 07 B 15724 |
| | Judge: Wedoff, Eugene R |
| Printed: 2/19/08 | Filed: 8/29/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 1, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,113.14 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 1,113.14 |
| Totals: | 1,113.14 | 1,113.14 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | MB Financial | Secured | 0.00 | 0.00 |
| 2. | B-Real LLC | Unsecured | 2,315.43 | 0.00 |
| 3. | ECast Settlement Corp | Unsecured | 871.84 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 2,269.32 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 1,698.01 | 0.00 |
| 6. | CCO Mortgage/RBS Citizens | Secured | | No Claim Filed |
| 7. | GM Card | Unsecured | | No Claim Filed |
| 8. | Chase | Unsecured | | No Claim Filed |
| 9. | HSBC | Unsecured | | No Claim Filed |
| 10. | Chase | Unsecured | | No Claim Filed |
| 11. | HSBC | Unsecured | | No Claim Filed |
| 12. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 13. | MRSI | Unsecured | | No Claim Filed |
| 14. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 15. | National City Bank | Unsecured | | No Claim Filed |
| | | | $ 7,154.60 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tigner, Norma M

Printed: 2/19/08

Case Number: 07 B 15724
Judge: Wedoff, Eugene R
Filed: 8/29/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

